IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Frankie Ramos, ) | |
| ) | |
| Plaintiff, ) | Case No. 17-cv-7922 |
| ) | |
| v. ) | |
| ) | Judge Frederick J. Kapala |
| Metro Insulation, Inc. and Mark Strachan, ) | |
| ) | Magistrate Judge Iain D. Johnston |
| Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants, by and through their respective attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate that this case be dismissed, with prejudice, and with each party to bear its own fees and costs.

*It is agreed and so stipulated:*


On behalf of Plaintiff,                                On behalf of All Defendants,

/s/ Steven J. Molitor                                  /s/ Stacy K . Shelly
Law Office of Julie O. Herrera                         LANGHENRY, GILLEN, LUNDQUIST &
53 W. Jackson, Suite 1615                              JOHNSON, LLC
Chicago, Illinois 60604                                6785 Weaver Road, Suite 2E
Tel: 312-697-0022                                      Rockford, IL  61114
Fax: 312-697-0812                                      815/636-1800
smolitor@julieherreralaw.com                           sshelly@lglfirm.com


DATED: 3/19/18

1